**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDGARDO OTTONIEL MENA, | ) | NO. CV 15-2691-JGB (KS) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WILLIAM MUNIZ, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

\\

1       Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment
2 shall be entered dismissing this action with prejudice.

5 DATED: December 23, 2015

                                                  JESUS G. BERNAL
                                        UNITED STATES DISTRICT JUDGE