JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO OTTONIEL MENA,<br><br>   Petitioner,<br><br>   v.<br><br>WILLIAM MUNIZ, Warden,<br><br>   Respondent. | NO. CV 15-2691-JGB (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 23, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1